UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

                Case No. 13-32183-GFK

Lisa M. Rau,
    Debtor

## ORDER FOR RELIEF FROM STAY

This case is before the court on the motion of PHH Mortgage Corporation, seeking relief from the automatic stay. Based on the motion and the file,

**IT IS ORDERED:**

The automatic stay is modified to allow PHH Mortgage Corporation, or its successors or assigns, to foreclose the mortgage on the real property, in accordance with state law, legally described as:

Lot Five (5) in Block Two (2) in Edgerton Homes, Ramsey County, Minnesota, according to the recorded plat thereof on file and of record in the office of the Registrar of Titles, Ramsey County, Minnesota.

**NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a)(3), this order is effective immediately.

Dated: October 15, 2013

                              */e/ Gregory F. Kishel*

                              Gregory F. Kishel
                              Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/15/2013*
Lori Vosejpka, Clerk, By JRB, Deputy Clerk